NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT BOSCH LLC,**
*Plaintiff-Appellant,*

v.

**PYLON MANUFACTURING CORP.,**
*Defendant-Cross Appellant.*

---

2011-1363, -1364

---

Appeals from the United States District Court for the District of Delaware in case no. 08-CV-0542, Judge Sue L. Robinson.

---

**ON MOTION**

---

**ORDER**

Robert Bosch LLC moves for a 30-day extension of time, until January 21, 2012, to file its response and reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 2 1 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Mark A. Pals, Esq
     Mark A. Hannemann, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 1 2011

JAN HORBALY
CLERK